**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC,<br><br>        Plaintiff<br><br>v.<br><br>ANDERSON-TURNER NURSING, INC.,<br><br>        Defendant | Case No.: 2:26-cv-00960-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Anderson-Turner Nursing, Inc.'s response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I do not remand this case for lack of subject matter jurisdiction.

DATED this 1st day of May, 2026.

 

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE