MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
E-mail:  mcristalli@clarkhill.com
         wschuller@clarkhill.com

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON TURNER NURSING INC d/b/a STATERA HEALTH, a California corporation,<br><br>Defendant. | CASE NO.: 2:26-cv-00960-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff NEW HORIZON MEDICAL SOLUTIONS LLC ("New Horizon"), Defendant ANDERSON TURNER NURSING INC d/b/a STATERA HEALTH ("Anderson Turner" and with New Horizon, "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to FRCP 41(a):

///

///

///

Page 1 of 2

1. On May 6, 2026, Anderson Turner filed Defendant's Motion to Stay Pending Outcome of Related Medical Appeals [ECF No. 15] ("Motion to Stay");

2. The Parties have since reached a resolution of this matter, the confidential terms of which are set forth in a Settlement Agreement ("Agreement");

3. Any action brought to enforce or interpret the provisions of the Agreement shall be brought in this action;

4. The Parties' settlement renders the Motion to Stay moot;

5. New Horizon's claims against Anderson Turner are dismissed with prejudice; and

6. The Parties are to bear their respective attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated this 3rd day of June 2026.

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Dr., #500
Las Vegas, Nevada 89135

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

Dated this 3rd day of June 2026.

**DEL GROSSO LAW, LTD.**

/s/ Valerie Del Grosso, Esq.
VALERIE DEL GROSSO, ESQ.
Nevada Bar No. 11103
1509 W. Oakley Blvd.
Las Vegas, Nevada 89012

Attorneys for Defendant,
ANDERSON TURNER NURSING INC
d/b/a STATERA HEALTH

IT IS SO ORDERED:

Dated:___June 4, 2026_____

Submitted By:

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
WILLIAM D. SCHULLER, ESQ.

Attorneys for Plaintiff

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE